# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MANUEL RODRIGUEZ                                                      PETITIONER

v.                            NO. 5:09CV00119 SWW

LARRY NORRIS, Director of the                             RESPONDENT
Arkansas Department of Correction

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young to which petitioner has filed objections. After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus filed by petitioner Manuel Rodriguez is dismissed. All requested relief is denied, and judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 22nd day of July, 2009.

                                                             /s/Susan Webber Wright

                                                             UNITED STATES DISTRICT JUDGE